**FILED**
APR 14 2017
Judge Sharon Johnson Coleman
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Teresa Martinez Rojas,

    Plaintiff/Petitioner,

v.

Roberto Huerta Perez,

    Defendant/Respondent.

Case No. 1:17-cv-02454

Judge Sharon Johnson Coleman

## STIPULATION

The Parties have reached a settlement agreement with respect to this case.

Pursuant to the Agreement of the Parties, the parties stipulate to the following:

1. Mexico is the Child's habitual place of residency;

2. The Custody Decree entered May 9, 2012, by the court in Acambaro, Guanajuato, Mexico (order and translation at Dkt. 1-3) is lawful and binding in the United States, including that Petitioner has sole custody of the Child;

3. Petitioner shall take custody of the Child from Defendant, Mr. Huerta, it being understood that the Child will reside with Petitioner's family in Illinois (Cristobal Martinez, Maria Velasco, Angeles Martinez and Juan Sanchez) while the Child is in Illinois;

4. The Child may be returned to Mexico to the Petitioner pursuant to the Petitioner's sole legal and physical custody of the Child; and

5. Each party shall bear their own costs;

Dated: 4/14/2017

Respectfully submitted,

PETITIONER TERESA MARTINEZ ROJAS

By: */s/ Sara M. Skulman*
      One of Her Attorneys

RESPONDENT ROBERTO HUERTA MARTINEZ

By: *Roberto Huerta*

Roberto Huerta Martinez